**UNITED STATES of America,
Appellee,**

v.

**Rory Allen GREGORY, Appellant.**

No. 06–2492.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 14, 2007.

Filed: June 19, 2007.

Matthew Wood Fleming, Claude Shackelford Hawkins, Jr., U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Rory Allen Gregory, Memphis, TN, pro se.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Rory Gregory appeals the district court's[1] denial of his petition for a writ of audita querela. Following careful review, we find that the petition was properly dismissed based on *Brown v. United States*, 311 F.3d 875, 878 (8th Cir.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.